

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00326-CV

| | | |
|---|---|---|
| Lien Kim Luu | § | From the 431st District Court |
| | § | of Denton County (2013-70557-431) |
| v. | | |
| | § | July 30, 2015 |
| Savannah Rice | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Lien Kim Luu shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
  Chief Justice Terrie Livingston